IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR7 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALLEN GREEN, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [25]. For the reasons set forth in the motion and for good cause shown, the motion is granted. Accordingly,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [25] is granted as follows:

1. The jury trial, now set for August 6, 2024, is continued to **October 8, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 8, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: July 18, 2024**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge