IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>ALLEN GREEN,<br><br>     Defendant. | 8:24CR7<br><br>ORDER |

  On November 25, 2024, this matter came on for telephonic conference regarding the appointment of additional defense counsel for the limited purpose of evaluating issues, if any, concerning the Speedy Trial Act, 18 U.S.C. §3161 *et seq.* in this case. Kimberly Bunjer, AUSA appeared for the Plaintiff. James Kozel, CJA appeared for the Defendant. At the motion hearing on November 21, 2024, Filing Nos. 47 and 49, Defendant raised concerns about his speedy trial rights. While the court denied his counsel's Motion to Withdraw for reasons noted on the record, it now finds the appointment of secondary counsel to evaluate that limited issue will promote fairness and serve the public interest. Neither party objects.

  Defendant previously completed and signed a Financial Affidavit (CJA Form 23) in support of a request for appointed counsel. The court again finds that the above-named defendant is eligible for appointment of second counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. The appointment again will be limited in scope as set forth herein.

  IT IS ORDERED that Michael D. Gooch is appointed as attorney of record for the above-named defendant in this matter. Mr. Gooch's appointment will be limited in scope to evaluate and determine what issues, if any, may exist concerning the Speedy Trial Act, 18 U.S.C. §3161 *et seq.* in this matter and to consult with the Defendant accordingly.

  IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

  IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Michael D. Gooch.

  Dated this 25th day of November, 2024.

                     BY THE COURT:

                     s/ Ryan C. Carson
                     United States Magistrate Judge