IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                        Plaintiff,                           Case No. 8:24CR7

        vs.

                                                             ORDER

ALLEN GREEN,

                        Defendant.

        Before the Court is the request for transcript of hearing held on February 5, 2024.

        IT IS ORDERED:

        1.      The request for transcript, filing [80] is granted.

        2.      Doris A. Jackson, is advised that the cost of the transcript is $48.40. To
                proceed with this request, payment should be sent to the Clerk of Court.
                Should the cost of the transcript exceed this amount, the requestor will be
                required to pay the difference. Likewise, should the cost of the transcript be
                less than $48.40, a refund check will be issued.

        3.      Upon receipt of the payment, the Clerk of Court is ordered to prepare a
                transcript of the hearing held on 02/05/2024. A copy of this order should
                also be mailed to Doris A. Jackson.

        DATED: July 29, 2025

                                                BY THE COURT:


                                                s/ Michael D. Nelson
                                                United States Magistrate Judge