IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALLEN GREEN,<br><br>　　　　　　Defendant. | 8:24-CR-7<br><br>ORDER ON REQUEST FOR TRANSCRIPT |

This matter is before the Court on a Request for Transcripts filed by nonparty Doris A. Jackson, as it relates to a transcript for the defendant's sentencing hearing held on April 15, 2025. Filing 80. The request is granted, provided Ms. Jackson contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. Otherwise, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcripts filed by nonparty Doris A. Jackson, Filing 80, is granted as to the April 15, 2025, transcript under the conditions described above, and is otherwise denied. The Clerk shall mail a copy of this Order to Doris A. Jackson at the address provided in Filing 80.

Dated this 1st day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1